UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| GLEN REED II, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No: 13-54-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| CAROLYN COLVIN, | ) | **ORDER** |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Plaintiff, Glen Reed II, brought this action under 42 U.S.C. § 405(g) to challenge a final decision of the Commissioner of Social Security ("Commissioner"), who denied his application for disability insurance benefits (DIB) as well as for Supplemental Security Income (SSI). [R. 1.] Consistent with the Court's practice and pursuant to 28 U.S.C. § 636(b)(1), this matter was referred to United States Magistrate Judge Edward B. Atkins for the issuance of a report and recommendation containing proposed findings and recommendations. [R. 8.]

On January 7, 2014, Magistrate Judge Atkins filed his Report and Recommendation. [R. 9.] In his Report, the Magistrate Judge considered and rejected each of Reed's arguments. Specifically, Judge Atkins found that Reed's general allegations of error were insufficient to meet his burden on appeal to show that administrative decision was not supported by substantial evidence. [R. 9 at 6-7]. Although the parties were given fourteen (14) days from the filing of the Report and Recommendation to file objections [R. 9 at 8], neither party objected.

Generally, this Court must make a *de novo* determination of those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard…." *See Thomas v. Arn*, 474 U.S. 140, 150 (1985). Parties who fail to object to a magistrate's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has examined the record and agrees with the Magistrate Judge's Report and Recommendation. Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation [R. 9] is **ADOPTED** as the opinion of this Court;

(2) The Plaintiff's Motion for Summary Judgment [R. 6] is **DENIED**;

(3) The Defendant's Motion for Summary Judgment [R. 7] is **GRANTED**; and

(4) Judgment in favor of the Defendant will be entered contemporaneously herewith.

This 29th day of January, 2014.



Signed By:
*Gregory F. Van Tatenhove*
United States District Judge