UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

GLEN REED II,

    Plaintiff,

V.

CAROLYN COLVIN,
COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

Civil No: 13-54-GFVT

**JUDGMENT**

\*\*\* \*\*\* \*\*\* \*\*\*

In accordance with Rule 58 of the Federal Rules of Civil Procedure and pursuant to sentence four of 42 U.S.C. § 405(g), it is hereby **ORDERED** as follows:

    (1)    The administrative decision of the Commissioner of Social Security is **AFFIRMED** and Judgment is **ENTERED** in favor of the Social Security Administration with respect to all issues raised herein;

    (2)    This is a **FINAL** and **APPEALABLE** Judgment and there is no cause for delay;

    (3)    All issues properly raised herein having been resolved, this action is **DISMISSED** with prejudice; and

    (4)    This matter is **STRICKEN** from the Court's active docket.

This 29th day of January, 2014.



Signed By:
*Gregory F. Van Tatenhove*
United States District Judge